**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TENNESSEE**
**WESTERN DIVISION**

---

IN RE:  KATHLEEN KUNZIG YOUNG

                                                     **CASE NO. 19-28969 E**
                                                     **CHAPTER 13**

    Debtor(s).

---

**EXPEDITED MOTION TO SET ASIDE THE ORDER OF**
**DISMISSAL AND REINSTATE CASE**

---

       Comes now the Debtor(s), by and through counsel, and moves this Honorable Court to enter an order setting aside the order of dismissal and reinstating the case. Debtor(s) case was dismissed for failure to appear at the Meeting of Creditors. Debtor(s) could not attend the first setting because they had not provided their Trustee with all documents as required. Debtor(s) were unable to attend the second setting due to car problems on the way to the Meeting. Debtor(s) are current on all payments and are requesting one additional opportunity to attend the Meeting of Creditors. Debtor(s) understand the importance of making all payments going forward.

       PREMISES CONSIDERED, the Debtor(s) pray that the Court set aside the order of dismissal and reinstate the case.

Respectfully Submitted,

/s/ Brian W. Lynn_____
Brian W. Lynn
BPR #016796
P.O. Box 111064
Memphis, Tennessee 38111
(901) 791-1485

## CERTIFICATE OF SERVICE

On January 29, 2020, a copy of the foregoing was served via United States Mail (First Class) or electronically to: the **Debtor(s)**; **all creditors on the matrix**; and the **Case Trustee**.

/s/ Brian W. Lynn_____
Brian W. Lynn
BPR #016796
P.O. Box 111064
Memphis, Tennessee 38111
(901) 791-1485